UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VONDA JORDAN, ET AL					CIVIL ACTION NO. 12-cv-1575

VERSUS						JUDGE FOOTE

RAVISH PATWARDHAN					MAGISTRATE JUDGE HORNSBY

## ORDER OF REMAND

For the reasons stated in the Memorandum Order issued this date,

**IT IS ORDERED** that this action be **REMANDED** to the **1ST JUDICIAL DISTRICT COURT**, in and for **CADDO PARISH, LOUISIANA**.

This Order shall be **STAYED** until February 13, 2013. Any appeal to the District Judge must be filed by February 11, 2013. If an appeal is taken to the District Judge, the Order shall remain stayed until the appeal is decided. If no timely appeal is filed, the Clerk shall remand the action forthwith.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 28th day of January, 2013.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE